# United States Bankruptcy Court
## Western District of Louisiana
### Shreveport Division

In re: Cassandra A Hill     Case Number: 1110398

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| National Capital Management, LLC. | SANTANDER CONSUMER USA, INC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

National Capital Management, LLC
P.O. Box 12786
Norfolk, VA 23541

Phone: 877-829-8298
Last Four Digits of Acct. #: 1000

Court Claim # (if known): 04
Amount of Claim: 9,323.38
Date Claim Filed: 03/15/2011

Phone: 888-437-4846
Last Four Digits of Acct. #: 7342

Name and Address where transferee payments should be sent (if different from above):
National Capital Management, LLC
P.O. Box 41117
Norfolk, VA 23541
Phone: 877-829-8298

Last Four Digits of Acct #: 1000

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Christopher M. Wall - Director of Operations     Date: 1/12/2013
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.